**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave, Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JACKSON SHERRY, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACKSON SHERRY,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF MONTEREY,<br><br>            Defendant. | Case No. 23-cv-03903-SVK<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

PLEASE TAKE NOTICE that the parties have reached a settlement in principle resolving all of Plaintiff's claims. The parties are finalizing the settlement agreement. Plaintiff expects that a stipulated dismissal with a request to retain jurisdiction over their settlement agreement in accordance with General Order No. 56 will be filed within 30 days of this Notice.

Dated: April 1, 2024            */s/Irakli Karbelashvili*
                                Irakli Karbelashvili, Attorney for Plaintiff
                                JACKSON SHERRY