1  **ALLACCESS LAW GROUP**
   Irene Karbelashvili, State Bar Number 232223
2  irene@allaccesslawgroup.com
   Irakli Karbelashvili, State Bar Number 302971
3  irakli@allaccesslawgroup.com
   1400 Coleman Ave, Ste F28
4  Santa Clara, CA 95050
   Telephone: (408) 295-0137
5  Fax: (408) 295-0142

6

7  Attorneys for JACKSON SHERRY, Plaintiff

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12

13  JACKSON SHERRY,                    )   Case No. 23-cv-03903-SVK
                                       )
14                                     )   **STIPULATION AND [PROPOSED]**
                   Plaintiff,          )   **ORDER DISMISSING ACTION**
15                                     )   **WITH PREJUDICE**
    vs.                                )
16                                     )
    CITY OF MONTEREY,                  )
17                                     )
                                       )
18                 Defendant.          )
                                       )
19

Plaintiff JACKSON SHERRY ("Plaintiff") and Defendant CITY OF MONTEREY ("Defendant"), by and through their counsel stipulate pursuant to Fed. R. Civ. P. 41(a)(2) and request that the Court dismiss this action with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The parties also request that the Court continue to exercise jurisdiction over their settlement agreement as previously ordered.

Respectfully submitted,

Dated:  May 22, 2024                    ALL ACCESS LAW GROUP

                                        */s/ Irakli Karbelashvili*
                                        Irakli Karbelashvili,
                                        Attorneys for Plaintiff

Dated:  May 22, 2024                    O'HAGAN MEYER LLP

                                        */s/ Jack Jimenez*
                                        Jack Jimenez,
                                        Attorneys for Defendant

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, and good cause appearing, the Court dismisses this action with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement in accordance with the Court's May 7, 2024 Order.

**IT IS SO ORDERED.**

Dated: \_\_\_\_                                   _____
                                                                United States Magistrate Judge