**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave, Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JACKSON SHERRY, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACKSON SHERRY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF MONTEREY,<br><br>　　　　　Defendant. | Case No. 23-cv-03903-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff JACKSON SHERRY ("Plaintiff") and Defendant CITY OF MONTEREY ("Defendant"), by and through their counsel stipulate pursuant to Fed. R. Civ. P. 41(a)(2) and request that the Court dismiss this action with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The parties also request that the Court continue to exercise jurisdiction over their settlement agreement as previously ordered.

Respectfully submitted,

Dated:  May 22, 2024                    ALL ACCESS LAW GROUP

                                                    */s/ Irakli Karbelashvili*
                                                    Irakli Karbelashvili,
                                                    Attorneys for Plaintiff

Dated:  May 22, 2024                    O'HAGAN MEYER LLP

                                                      */s/ Jack Jimenez*
                                                    Jack Jimenez,
                                                   Attorneys for Defendant

**[PROPOSED]** **ORDER**

Having reviewed the parties' stipulation, and good cause appearing, the Court dismisses this action with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement in accordance with the Court's May 7, 2024 Order.

**IT IS SO ORDERED.**

Dated: May 23, 2024

_____
United States Magistrate Judge